No. 404, October Term, 1945. DAVIS *v.* UNITED STATES (328 U. S. 582) ; and

No. 489, October Term, 1945. ZAP *v.* UNITED STATES (328 U. S. 624). October 21, 1946. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 625, October Term, 1945. HUST *v.* MOORE-MC-CORMACK LINES, INC. See *ante,* p. 674.

No. 132. UNITED STATES EX REL. RUSSO *v.* NIERST-HEIMER, WARDEN. October 21, 1946.

No. 505. DE LA ROI *v.* CALIFORNIA. October 24, 1946. Motion for stay of execution and petition for rehearing denied. MR. JUSTICE MURPHY took no part in the consideration or decision of these applications.

No. 278, October Term, 1945. RECONSTRUCTION FINANCE CORP. ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. (328 U. S. 495) ;

No. 279, October Term, 1945. RECONSTRUCTION FINANCE CORP. ET AL. *v.* DENVER & SALT LAKE WESTERN RAILROAD CO. ET AL. (328 U. S. 495) ;

No. 280, October Term, 1945. RECONSTRUCTION FINANCE CORP. ET AL. *v.* CITY BANK FARMERS TRUST CO., TRUSTEE, ET AL. (328 U. S. 495) ;

No. 281, October Term, 1945. RECONSTRUCTION FINANCE CORP. ET AL. *v.* DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. (328 U. S. 495) ;

No. 282, October Term, 1945. RECONSTRUCTION FINANCE CORP. ET AL. *v.* THOMPSON, TRUSTEE, ET AL. (328 U. S. 495) ; and

No. 916, October Term, 1945. SAUNDERS *v.* WILKINS. (328 U. S. 870). October 28, 1946. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 804, October Term, 1945. COLEGROVE ET AL. *v.* GREEN ET AL. October 28, 1946. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. 328 U. S. 549.

No. 308. STUB *v.* UNITED STATES. October 28, 1946. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.

No. 33, Misc. STEPHENS, ADMINISTRATOR, *v.* UNITED STATES. November 12, 1946.

No. 100. SILAS MASON CO., INC. ET AL. *v.* UNITED STATES. November 12, 1946.

No. 112. WALLER *v.* NORTHERN PACIFIC TERMINAL CO. November 12, 1946.

No. 133. CHATZ, TRUSTEE IN BANKRUPTCY, *v.* MIDCO OIL CORP. November 12, 1946.